UNITED STATES' DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL CASE NUMBER:

CHUKWUMA E. AZUBUKO
**Plaintiff**

V.

REPUBLIC OF JAMAICA AND

UNITED STATES OF AMERICA
**Defendants**

COMPLAINT

INRODUCTION

The proceedings centers on the first Defendant prevention of the Plaintiff's brother whom the first Defendant issued a visa in Nigeria on an admission at the Grand Cayman International College in 1992. The Plaintiff lived in Massachusetts then just like now and was responsible for the sponsorship. That is not in dispute by and large. The first Defendant's officials in Nigeria communicated to the Plaintiff's brother that he could connect to the Grand Cayman from Jamaica on arrival by sea. On arrival, the Plaintiff's brother was not even allowed to make a telephone call the first Defendant's immigration officials for correction of the botched assurance substantial reliance at the first Defendant's embassy in Nigeria. Such act lent itself to many law's violations without evidently. It should be noted that this case had been to Court before, but miscarriage of justice reigned. Then, *res judicata* has its qualification and it never applied on the proceedings [by and large] Self-same applies to statute of limitations! Proverbially or every school boy knows that "Statute of limitations bars no jurisdiction." The truth can be tested,

because the Plaintiff aims not at violation of legal's ethics in spite of no license to practice, which flows from judicial's discrimination – the Plaintiff could have been practicing with master degree in law since 2003.

## PARTIES

The Plaintiff's contact address will be as stated below. If the address changed, the Plaintiff will notify the Court and the necessary parties timely! The first Defendant's contact address will be: Consulate of Jamaica - Boston, 183 State Street, Boston – MA 02109. On the second Defendant, the contact address will be: United States' Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001.

## JURISDICTION

That exists on constitutional, statutory and procedural bases. [28 U.S.C. Secs. 1361, 2505, **1605(2)(4)(5)(A)(B)(6)** and 2680(h); 42 U.S.C. Secs. 1981, 1985 and 1986; Fed. R. Civ. P. 4(e)(2)(C)]

## STANDING AND VENUE

Standing should not be in dispute too! Self-same applies to venue too! [28 U.S.C. 1391] More, the doctrine of principal-agent relationship attaches scientifically [all things being equal]

## BASES OF COMPLAINT

01) The Defendants' actions condemned the Plaintiff and his brother to deprivation of property's interest.

02) That the first Defendant's actions qualify for *but for* or *eggshell* doctrines.

03) That the first Defendant's actions lent themselves to *representation/al estoppel*.

04) That the first Defendant's actions lent themselves to *promissory estoppel*.

05) That the first Defendant's actions lent themselves to *anticipatory breach* of contract.

06) That the Defendants' actions qualified for intentional infliction of emotional distress.

07) That the Defendants' turpitude actions qualified for negligent infliction of emotional distress.

08) That the Defendants' actions qualified for negligence *per se*!

09) That the second Defendant's miscarriage of justice qualified *for lack of skill*.

10) That the second Defendant's dismissal of the case against the Plaintiff qualifies for "out of all jurisdiction," which associates with desiderata of *quasi* or *absolute* judicial immunities.

11) That the second Defendant official knowingly condemned the Plaintiff to judicial's discrimination.

12) That the second Defendants' actions markedly dissociated from "The Requirements of Due Process" as encompasses in the Fifth Amendment.

13) That the second Defendant precociously dismissed the case without the first Defendant making any appearance or filing a [single] sheet of paper with the Court.

14) That the Defendants' actions obviously deviated from a reasonable person's standards.

15) That the Defendants' actions dovetailed not with the doctrine of *substantive reliance*.

16) That the Defendants' actions markedly deviated from Procedural and Substantive Due Process Clauses.

**PLAINTIFF DEMANS JURY TRIAL**

That is in keeping with the matchless law of the land, therefore, the Plaintiff cries not for the moon! [Seventh Amendment]

**REIEF OR RELIEVES SOUGHT**

Factly, there is none presently and if the need arose, the Plaintiff will communicate it/them to the

Court promptly.

## COMPENSATORY AND PUNITIVE DAMAGES

The Plaintiff would demand $190m and $150M from the Defendants respectively in view of the unnecessary wasted or expired years. Cost and interest will be excluded!

## CONCLUSION

The Plaintiff embarks not on a baptismal legal's measure, therefore, could "Justice be done and be seen to be done," no matter whose ox is gored, at this juncture?

_____
CHUKWUMA E. AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone: (857) 417 2044

**Dated: Monday – June 09th - 2018**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Azubuko, Chukwuma E.

**DEFENDANTS**
Republic of Jamaica, et al

**(b)** County of Residence of First Listed Plaintiff: Suffolk
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Suffolk
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Chukwuma E. Azubuko
P.O. Box 171121
Boston, MA 02117  (857) 417-2044

Attorneys *(If Known)*: Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☒ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

136

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sec. 1605(a)(2)(5) or 28 U.S.C. Sec.

Brief description of cause: Breach of substantial reliance, representation, and promissory estoppel

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ ✓
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  no record
JUDGE: See Court's record
DOCKET NUMBER: Same

DATE: 07/06/2018
SIGNATURE OF ATTORNEY OF RECORD: C. Azubuko

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Chukwuma E. Azubuko
_____
Plaintiff(s)

v.   Civil Action No.

Republic of Jamaica
_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Republic of Jamaica
Consulate Office of Jamaica
183 State Street
Boston — MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chukwuma E. Azubuko — Pro Se
P. O. Box 171129
Boston — MA 02117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Chukwuma E. Azubuko
_____
Plaintiff(s)

v.    Civil Action No. _____

United States of America
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o United States' Attorney General
950 Pennsylvania Avenue, NW
Washington DC 20530-0001,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chukwuma E. Azubuko
Pro Se
P.O. Box 171121
Boston — MA 02117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*